# CHULSKY ♦ KAPLAN, LLC
## ATTORNEYS AT LAW

**Glen H. Chulsky** NJ
**Ben A. Kaplan** NJ, NY, DC
**Dennis M. Kessler** NJ

280 Prospect Avenue, 6G
Hackensack, NJ 07601
Voice: (877) 827-3395
Fax:   (877) 827-3394

---

October 15, 2018

**Via ECF**
The Honorable Joseph A. Dickson, U.S. Magistrate Judge
United States District Court
50 Walnut Street
Newark, NJ 07102

      Re:    <u>Wilson v. Credit Bureau of Napa County, Inc.et als.</u>; 2:18-cv-10485-MCA-JAD

Dear Judge Dickson,

      I represent the Plaintiff in the above-referenced matter request. I am pleased to report that the Plaintiff and Defendant have agreed to settle this case and in accordance with Local Civ. R. 41.1(b) are notifying the court.

      The parties request that the Court **enter a 90-day order** administratively terminating the case and any pending motions. The 90-day time period for the requested order is due to the terms of the settlement.

      Very truly yours,

      /s Ben A. Kaplan
      Ben A. Kaplan

cc:    All Counsel of Record (via ECF)
       Andrew J. Blady, Esq. counsel for the defendant (via email)