Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORETTA WILSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>CREDIT BUREAU OF NAPA COUNTY, INC. d/b/a CHASE RECEIVABLES and JOHN DOES 1-25,<br><br>Defendant(s). | Civil Case: 2:18-cv-10485-MCA-JAD<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate to the Plaintiff's voluntary dismissal of her claims against Defendant in the above captioned matter **with prejudice** and dismiss the claims on behalf of the putative class without prejudice.

/s Ben A. Kaplan
Ben A. Kaplan, Esq.
CHULSKY KAPLAN LLC
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
ben@chulskykaplanlaw.com
Attorneys for Plaintiff

Dated: December 23, 2018

/s Andrew J. Blady
Andrew J. Blady, Esq.
Sessions, Fishman, Nathan & Israel
3682 Green Ridge Road
Furlong, PA 18925
Direct: 267.544.0840
ablady@sessions.legal
Attorneys for Defendants

Dated: December 23, 2018

1/3/19 SO ORDERED
Cox Arleo, U.S.D.J.